NEW YORK CENTRAL RAILROAD COMPANY *v.*
WYATT, ADMINISTRATRIX, ETC.

[No. 19,398. Filed October 9, 1963.]

*Richard O. Olson, John Stocker,* both of Chicago, Illinois, *Owen W. Crumpacker, George V. Burbach* and *Crumpacker, Burbach & Abrahamson,* of Hammond, for appellant.

*Murray, Fairchild & Stewart, James J. Stewart* and *Richard Wayne Guthrie,* all of Indianapolis, for appellee.

374

## ON PETITION TO TRANSFER

JACKSON, J.—The petition to transfer is denied. By denying transfer herein we do not thereby approve of all the language of the Appellate Court opinion.

Myers, C. J., Achor, Arterburn and Landis, JJ., concur.

NOTE.—Reported in 193 N. E. 2d 63.